United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASTILLO,<br><br>          Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration<br><br>          Defendants.<br>_____/ | No. C-14-3140 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL FURTHER PROCEEDINGS UPON CONSENT** |

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge (<u>see</u> Doc. Nos. 9, 11), the above-titled action is hereby REFERRED to a magistrate judge for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  <u>See</u> 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated:  August 19, 2014

_____
MAXINE M. CHESNEY
United States District Judge