United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    CARLOS CASTILLO,                           Case No. 14-cv-03140-JCS

            Plaintiff,
8                                               **ORDER GRANTING MOTION TO
        v.                                      STAY JUDGMENT, DENYING
9                                               WITHOUT PREJUDICE MOTION FOR
     CAROLYN COLVIN,                            ATTORNEYS' FEES, DENYING AS
10                                              MOOT MOTION TO STRIKE, AND
            Defendant.                          SETTING CASE MANAGEMENT
11                                              CONFERENCE**

12                                              Re: Dkt. Nos. 23, 25, 26, 29

13

14          The Court entered judgment in this social security case in favor of Plaintiff Carlos Castillo

15   and remanded to the Acting Commissioner of Social Security (Defendant Carolyn Colvin, the

16   "Commissioner") for an award of benefits. *See generally* Order Granting Motion for Summary

17   Judgment (dkt. 20); Clerk's Judgment (dkt. 21). The Commissioner filed a timely Motion to Alter

18   or Amend Judgment (dkt. 23) pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, and

19   later filed a Motion to Stay Judgment (dkt. 25) pursuant to Rule 62(b). Castillo filed a Motion for

20   Attorneys' Fees (dkt. 26), and the Commissioner filed a Motion to Strike (dkt. 29) arguing that

21   Castillo's attorneys' fees motion may not be filed until the time to appeal expires, which will

22   occur until sixty days after the Court resolves the pending Motion to Alter Judgment.

23          Without addressing at this time the merits of the Motion to Alter Judgment, the Court finds

24   that its pendency presents good cause for a stay of execution of judgment under Rule 62. The

25   Commissioner's Motion to Stay is therefore GRANTED.

26          The Court further finds that interests of judicial economy would not be served by litigating

27   Castillo's Motion for Attorneys' Fees while the judgment on which it relies is in doubt.

28   Depending on the outcome of the Commissioner's Motion, Castillo's Motion may no longer be

United States District Court
Northern District of California

1   warranted, or Castillo may wish to revise its contents.  The Court therefore DENIES Castillo's

2   Motion for Attorneys' Fees without prejudice.  Castillo's may renew his Motion within fourteen

3   days after the resolution of the Commissioner's Motion to Alter Judgment.

4        The Court need not address whether the fees motion was procedurally improper and

5   accordingly DENIES the Commissioner's Motion to Strike as moot.

6        Although Castillo has not filed a motion to strike, he asserts in response to the

7   Commissioner's Motion to Strike that the Commissioner's failure to notice a hearing date for any

8   of the Commissioner's pending motions warrants dismissal of all of them, citing Civil Local Rule

9   7-2 and the Court's standing order, which provides that failure to comply with local rules "*may be*

10  *deemed* sufficient grounds for . . . dismissal."  Response (dkt. 30) ¶ 2 (quoting the Court's

11  standing order) (emphasis added here).  Although perhaps not technically applicable to post-

12  judgment motions, Civil Local Rule 16-5 sets a general policy against oral argument in cases

13  based on review of an administrative record, unless the Court orders otherwise.  The Court

14  declines to dismiss the Commissioner's motions for failure to notice a hearing date and takes the

15  Motion to Alter Judgment under submission without oral argument.  *See* Civ. L.R. 7-1(b).

16       A case management conference will occur on **March 18, 2016 at 2:00 PM** in Courtroom

17  G of the San Francisco federal courthouse if the case has not been fully resolved by that date.

18       **IT IS SO ORDERED.**

19  Dated: December 18, 2015

20  _____

21  JOSEPH C. SPERO
    Chief Magistrate Judge

22

23

24

25

26

27

28